**SHELLEY G. BRYANT - #222925**
**AMANDA B. WHITTEN - #251160**
**BRYANT WHITTEN, LLP**
8050 North Palm Avenue, Suite 210
Fresno, California  93711
(559) 494-4910 Telephone
(559) 421-0369 Facsimile

Attorney for Plaintiff, LORENA MANDURRAGO

SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| LORENA MANDRRAGO, | **Case No. 16-CV-00024-BAM** |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL** |
| vs. | |
| INTERNATIONAL PAPER COMPANY, a New York corporation, and Does 1 through 20, inclusive, | |
| Defendants. | |

TO THE COURT AND ALL PARTIES OF RECORD:

Plaintiff, DARRELL MOORE, by and through his attorneys of record, and Defendant

INTERNATIONAL PAPER COMPANY, by and through its attorneys of record, hereby stipulate

to dismissal of this action with prejudice, each party to bear its own attorneys fees and costs.

Dated:  May 12, 2016          BRYANT WHITTEN, LLP


/s/      Shelley G. Bryant
_____
SHELLEY G. BRYANT, Attorneys for Plaintiff,
LORENA MANDURRAGO

Dated: May 12, 2016          ORRICK, HERRINGTON & SUTCLIFFE LLP


/s/      Allison Riechert Giese
_____

1

**STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE PER FRCP 41(A)(2) - AND ORDER - Case No. 16-CV-00024-BAM**

ALLISON RIECHERT GIESE, Attorneys for Defendant
INTERNATIONAL PAPER COMPANY

### ORDER

Pursuant to the stipulation of dismissal filed on May 13, 2016, by Plaintiff Lorena Mandurrago, this action is DISMISSED with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.   Each party shall bear its own attorney's fees, costs and expenses.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **May 13, 2016**                    /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE